# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

United States of America
v.
JOE EDWARD WEBB

Case No: 3:09-00044 & 3:10-00015

USM No: 18967-075

Date of Original Judgment: 01/06/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Michael Holley
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  240  months **is reduced to**  188 months

*(Complete Parts I and II of Page 2 when motion is granted)*

on each of Counts 1 and 2 in case no. 3:09-00044 and Count 1 in case no. 3:10-00015 all to run concurrently with each other and supervised release term on Count 1 in case no. 3:09-00044 is reduced from 10 years to 8 years.

Except as otherwise provided, all provisions of the judgment dated  01/06/2011  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/15/13

*Judge's signature*

Effective Date: 4/15/13
*(if different from order date)*

ALETA A. TRAUGER, UNITED STATED DISTRICT JUDGE
*Printed name and title*